In the Matter of BENNE MALAFSKY, Appellant, against KATHERINE BECKER, Defendant.

WILLAIM EHRICH, Respondent.

Submitted April 3, 1939; decided April 11, 1939.

*Morris Klausner* for motion.

*George J. Rudnick* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal within ten days and pays ten dollars costs, in which event the motion is denied.